**No. 58656.**—N. I. Malmstrom & Co. *v.* United States, protests 183274–K, etc. (New York).

Opinion by MOLLISON, J.   In accordance with stipulation of counsel that the merchandise consists of Hartolan wool wax alcohols similar in all material respects to those the subject of Abstract 58111, the claim of the plaintiff was sustained.

**No. 58657.**—Samuel S. Perry *v.* United States, protest 79679–K (Portland, Oreg.).

Opinion by MOLLISON, J.   In accordance with stipulation of counsel that the merchandise consists of chairs the same in all material respects as those involved in *Calif-Asia Co., Ltd.* v. *United States* (39 C. C. P. A. 133, C. A. D. 475), the claim of the plaintiff was sustained.

**No. 58658.**—Fong Brothers and W. J. Byrnes & Co., Inc. *v.* United States, protests 200912–K and 205559–K (Los Angeles).

Opinion by MOLLISON, J.   It was stipulated that the two classes of merchandise are the same in all material respects as those involved in *Calif-Asia Co., Ltd.* v. *United States* (39 C. C. P. A. 133, C. A. D. 475).   In accordance with stipulation of counsel and following the cited decision, the items marked "A" were held dutiable at 20 percent ad valorem under paragraph 412, as modified by the General Agreement on Tariffs and Trade (T. D. 51802), and the items marked "B" were held dutiable at 12½ percent under said paragraph, as modified by said T. D. 51802.